

SUMMARY DISPOSITION ORDER

Vacate. Remand.

391 P.3d 1251

**Anne Caprio SHOVIC, Plaintiff-Appellee,**

v.

**Wayne Arthur WHISTLER,
Defendant-Appellant**

**NO. CAAP-13-0001883**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, April 7, 2017.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT (FC-D NO. 07-1-0100)

SUMMARY DISPOSITION ORDER

Affirmed.

391 P.3d 1251

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Nicholas A. PARTIN, Defendant-Appellant**

**NO. CAAP-15-0000480**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, April 7, 2017.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT (CASE NO. 3DTA-15-00283)

SUMMARY DISPOSITION ORDER

Vacated. Remanded.

391 P.3d 1251

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Brian A. BONILLA, Defendant-Appellant**

**NO. CAAP-14-0000820**

Intermediate Court of Appeals of Hawai'i.

April 7, 2017

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT (CASE NO. 1DTA-13-05105)